UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Helen C. Vencill, ) | C/A No. 3:15-cv-04998-JFA |
| ) | |
| *Plaintiff*, ) | **DISCOVERY STATUS REPORT TO** |
| ) | **COURT PER SCHEDULING ORDER** |
| Versus ) | |
| ) | |
| HCR ManorCare, Inc.; and Lexington ) | |
| Rehabilitation and Nursing Center- ) | |
| Lexington, SC, LLC, ) | |
| *Defendants*. ) | |

The Defendants, HCR ManorCare, Inc.; and Lexington Rehabilitation and Nursing Center-Lexington, SC, LLC (hereinafter "Defendants"), pursuant to the Scheduling Order issued by this Court on January 8, 2016, Doc No. 013, submit this Discovery Status Report. The parties participated in mediation on April 7, 2016 and have come to a resolution of the matter. Settlement documents will be prepared and executed and a Stipulation of Dismissal will be filed upon consummation of the settlement.

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC  29402
Ph: (843) 577-4435 / Fax: (843) 722-1630
Email: Info@hoodlaw.com

**s/ Elloree A. Ganes**
Molly H. Craig (6671)
Elloree A. Ganes (9022)
Caroline R. Niland (11925)

*Attorneys for the Defendants*
*HCR ManorCare, Inc.; and Lexington Rehabilitation and Nursing Center-Lexington, SC, LLC*

April 7, 2016
Charleston, South Carolina