UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Helen C. Vencill, ) | C/A No. 3:15-cv-04998-JFA |
| ) | |
| *Plaintiff*, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| Versus ) | |
| ) | |
| HCR ManorCare, Inc.; and Lexington ) | |
| Rehabilitation and Nursing Center- ) | |
| Lexington, SC, LLC, ) | |
| ) | |
| *Defendants*. ) | |

The Plaintiff, Helen C. Vencill, and Defendants, HCR ManorCare, Inc.; and Lexington Rehabilitation and Nursing Center-Lexington, SC, LLC, hereby stipulate to the dismissal of the above-captioned matter with prejudice and with each party to bear its own attorney's fees and costs.

**WE SO STIPULATE**:                                **WE SO STIPULATE**:


**s/ Elloree A. Ganes**                             **s/ Charles W. Whetstone, III**
Molly H. Craig (6671)                               Cheryl F. Perkins, Esquire
Elloree A. Ganes (9022)                             Charles W. Whetstone, III, Esquire
Caroline R. Niland (11925)

                                                    Whetstone Perkins & Fulda, LLC
HOOD LAW FIRM, LLC                                  601 Devine Street (29201)
172 Meeting Street                                  P.O. Box 8086
Post Office Box 1508                                Columbia, SC  29202
Charleston, SC  29402                               Ph (803) 799-9400 / Fax (803) 799-2017
Ph: (843) 577-4435 / Fax: (843) 722-1630            E: cperkins@attorneyssc.com
Email: Info@hoodlaw.com                                wwhetstone@attorneyssc.com

*Attorneys for the Defendants*                      *Attorneys for the Plaintiff*
*HCR ManorCare, Inc.; and Lexington*                *Helen C. Vencill*
*Rehabilitation and Nursing Center-Lexington,*
*SC, LLC*